# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  GARBIS, MARVIN J. | 2. Court or Organization  DISTRICT OF MARYLAND | 3. Date of Report  07/13/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2013  to  12/31/2013 |

| 7. Chambers or Office Address  CHAMBERS 5 C  101 W. LOMBARD STREET  BALTIMORE, MARYLAND 21201 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, DEAN'S ADVISORY BOARD, | UNIVERSITY OF BALTIMORE LAW SCHOOL |
| 2. MEMBER, EXECUTICE COMMITTEE, BOARD OF DIRECTORS | INTERNATIONAL JUDICIAL ACADEMY. |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. ONGOING | THOMSON (WEST SERVICES INC.) WITH HON. RONALD RUBIN AND ESTATE OF PATRICIA MORGAN. ROYALTIES PAID AUTHORS OF CASEBOOK. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | GEORGE MASON UNIVERSITY | APRIL 7 - 12 | ARLINGTON, VA | SEMINAR ON ECONOMICS | TRAVEL, MEALS, LODGING |
| 2. | AMERICAN BAR ASSOCIATION | APRIL 23 - 24 | CHICAGO, IL | FACULTY, LITIGATION SEMINAR | TRAVEL, MEALS, LODGING |
| 3. | SEDONA CONFERENCE | MAY 8 | WASHINGTON, D.C. | FACULTY, PATENT LITIGATION SEMINAR | TRAVEL, MEALS, LODGING |
| 4. | AMERICAN BAR ASSOCIATION, TAX SECTION | MAY 9 | WASHINGTON, D.C. | FACULTY, TAX LITIGATION SEMINAR | TRAVEL, MEALS LODGING |
| 5. | GEORGE WASHINGTON UNIVERSITY | MAY 10 | WASHINGTON, D.C. | FACULTY, PATENT LITIGATION SEMINAR | TRAVEL, MEALS ,LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| **GARBIS, MARVIN J.** | 07/13/2014 |

| | | | | |
|---|---|---|---|---|
| 6. | AMERICAN BAR ASSOCIATION | MAY 28 - 30 | NEW YORK, N.Y. | FACULTY, PATENT TRIAL SEMINAR | TRAVEL, MEALS, LODGING |
| 7. | SEDONA CONFERENCE | SEPTEMBER 19 - 21 | WASHINGTON, D.C. | FACULTY, PATENT LITIGATION SEMINAR | TRAVEL, MEALS, LODGING |
| 8. | AMERICAN BAR ASSOCIATION, TAX SECTION | DECEMBER 9 - 13 | LAW VEGAS, NE | FACULTY, TAX LITIGATION SEMINAR | TRAVEL, MEALS LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PERSONALLY OWNED (HEADER) | | | | | | | | | |
| 2. M & T CHECKING | A | Interest | J | T | | | | | |
| 3. T, ROWE PRICE TAX FREE BOND | A | Dividend | J | T | | | | | |
| 4. BAIRD MONEY MARKET | A | Interest | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. IRA▓▓▓▓▓ (HEADER) | | | | | | | | | |
| 7. ROYCE FUND PENNSYLVANIA RYPCX | A | Dividend | M | T | Sold (part) | 05/06/13 | L | A | |
| 8. | | | | | Sold (part) | 06/13/13 | J | A | |
| 9. | | | | | Sold (part) | 10/07/13 | J | A | |
| 10. | | | | | Sold (part) | 12/03/13 | K | A | |
| 11. TEMPLETON GROWTH FUND TMGBX NOTE SOLD IN 2012 | | None | | | | | | | SEE VIII |
| 12. BAIRD MONEY MARKET | A | Interest | J | T | | | | | |
| 13. LEGG MASON CAP MANAGEMENT INVESTMENT LMASX | A | Dividend | M | T | Sold (part) | 12/03/13 | J | A | |
| 14. LEGG MASON CAP MANAGEMENT OPPORTUNITY LMOPX | A | Dividend | M | T | Sold (part) | 12/03/13 | K | A | |
| 15. FED INT SMALL MID CAPITAL FD ISCAX | A | Dividend | L | T | Buy | 05/07/13 | L | | |
| 16. | | | | | Buy (add'l) | 12/03/13 | K | | |
| 17. FRANKLIN GOLD FKRCX | A | Dividend | | | Sold | 03/18/13 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. COMPUGEN CGEN | A | Dividend | K | T | | | | | |
| 19. NEUBERGER BERMAN NMGAX | A | Dividend | | | Sold | 07/01/13 | K | | |
| 20. PRUDENTIAL INV. JENNISON EQUITY INCOME JEIBX | A | Dividend | L | T | | | | | |
| 21. PRUDENTIAL INV, JENNISON 20/20 FOCUS PTWBX | A | Dividend | L | T | | | | | |
| 22. FEDERATED EQUITY RIMAX (INTERCONTINENTAL ) | A | Dividend | L | T | Buy | 03/19/13 | K | | |
| 23. PUTNAM CAPITAL SPECTRUM CL B PVSBX | A | Dividend | L | T | Buy | 05/06/13 | J | | |
| 24. | | | | | Buy (add'l) | 10/07/13 | K | | |
| 25. PRINCIPAL SMALL MID CAP DIVIDEND INCOME CL A PMDAX | A | Dividend | L | T | Buy | 05/07/13 | K | | |
| 26. | | | | | Buy (add'l) | 07/01/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 11:

TEMPLETON GROWTH FUND  TMGBX

WAS SOLD JULY 5, 2012, GAIN WAS ZERO OR LESS THAN $ 1,000.

THE  DISPOSITION OF THE FUND SHARES INADVERTENTLY WAS NOT REPORTED ON MY 2012 FINANCIAL DISCLOSURE FORM.

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/13/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **MARVIN J. GARBIS**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544